No. 726.   MITCHELL ET AL. *v.* DONOVAN, SECRETARY OF STATE OF MINNESOTA, ET AL.   Appeal from D. C. Minn. Probable jurisdiction noted.   MR. JUSTICE HARLAN is of the opinion that further consideration of question of jurisdiction should be postponed to hearing on the merits. *Lynn S. Castner* and *Melvin L. Wulf* for appellants. *Douglas M. Head,* Attorney General of Minnesota, *pro se, Arne L. Schoeller,* Chief Deputy Attorney General, and *John R. Kenefick* and *James M. Kelley,* Special Assistant Attorneys General, for appellees.

No. 661.   HELLENIC LINES LTD. ET AL. *v.* RHODITIS. C. A. 5th Cir.   Motion of Royal Greek Government for leave to file a brief as *amicus curiae* granted.   Motion of Union of Greek Shipowners et al. for leave to file a brief as *amici curiae* granted.   Certiorari granted.   *George F. Wood* for petitioners.   *James M. Estabrook* and *David P. H. Watson* for Royal Greek Government, and *John R. Sheneman* for Union of Greek Shipowners et al. on the motions.

No. 678.   NASH ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari granted.   *Alex W. Newton* for petitioners.   *Solicitor General Griswold* for the United States.

No. 768.   BOYS MARKETS, INC. *v.* RETAIL CLERKS UNION, LOCAL 770.   C. A. 9th Cir.   Certiorari granted. *Joseph M. McLaughlin* for petitioner.   *Kenneth M. Schwartz* for respondent.   *Carl M. Gould* and *Stanley E. Tobin* for Plumbing-Heating & Piping Employers Council of Southern California, Inc., as *amicus curiae* in support of the petition.